IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE AGUILAR SANTOYO,<br><br>            Plaintiff,<br><br>     v.<br><br>TATUM, et al.,<br><br>            Defendants. | No.  2:23-CV-2481-TLN-DMC-P<br><br><br><br>ORDER |

        Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, granted.  The sufficiency of Plaintiff's complaint and service thereof will be addressed by separate order.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is granted.

Dated:  December 5, 2023

                                  _____<br>
                                  DENNIS M. COTA<br>
                                  UNITED STATES MAGISTRATE JUDGE